UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                    Plaintiff,

   v.       Case No.  99-CR-0168

EUGENE WALKER,

                  Defendant.

## RELEASE OF LIEN

       I hereby certify that, as to the following named debtor, the requirements of 18 U.S.C. §3613 (c) have been satisfied with respect to the judgment enumerated below, together with all statutory additions; and that the lien for this judgment and statutory additions has thereby been released. The proper officer in the office where the Notice of Lien or Judgment was filed on May 28, 2002, document number TL139978, is hereby authorized to make notation on the books to show the release of said lien, insofar as the lien relates to the following imposition:

        **NAME OF DEFENDANT:**      **Eugene Walker**

                **RESIDENCE:**      **3756 N. 38th Street**
                                     **Milwaukee, WI 53216**

  **COURT IMPOSING JUDGMENT:**      **United States District Court**
                                     **Eastern District of Wisconsin**

    **DISTRICT COURT NUMBER:**      **99-CR-0168**

       **AMOUNT OF JUDGMENT:**      **$1,100.00**

            **PLACE OF FILING:**      **Milwaukee County, Wisconsin**

   WITNESS my hand at Milwaukee, Wisconsin, on the 10th day of August, 2007.

                                STEVEN M. BISKUPIC
                                United States Attorney

                   By:    s/ Gail J. Hoffman

                                GAIL J. HOFFMAN
                                Assistant United States Attorney