

Prob 12
(Rev. 12/04)

**United States District Court**
**For The**
**Eastern District of Wisconsin**

'09   FEB -5   AD :20

| | |
|---|---|
| **U.S.A. vs. Eugene Walker, Jr.** | **Docket No. 99-00168-009** |
| **3756 N. 38th Street** | **Register No. 05673-089** |
| **Milwaukee, WI 53216** | |

**Petition on Probation and Supervised Release**

COMES NOW **Joseph L. Madia, Jr.** PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Eugene Walker, Jr.**, who was placed on supervision by the Honorable **Lynn Adelman** sitting in the Court at **Milwaukee, WI**, on the **26th** day of **April, 2002**, who fixed the period of supervision at **5** years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1.   Within seventy-two hours of release from the custody of the Bureau of Prisons, report in person to the probation office in the district to which released.

2.   Refrain from possessing any firearms or other dangerous weapons.

3.   Refrain from illegally possessing any controlled substance.  Such possession will result in revocation of the supervision term and he will be obligated to serve a further term in prison.  Refrain from any unlawful use of a controlled substance.

4.   Participate in a program of testing and residential or outpatient treatment for drug and alcohol abuse, as directed by the supervising probation officer, until such time as released from such program by the supervising probation officer.  Refrain from use of all alcoholic beverages throughout the period of this supervision.  Pay the costs of this program as directed by the supervising probation officer.

5.   Refrain from working in a tavern or be allowed to patronize taverns or any establishments where alcohol is the principal item of sale.

6.   Pay any balance of the fine at a rate of no less than $100.00 per month.  Apply 100 percent of his yearly federal and state income tax returns toward payment of the fine. Refrain from changing exemptions without prior notice to the supervising probation officer.

7.   Provide access to all financial information requested by the probation officer including but not limited to, copies of all federal and state income tax returns.  All tax returns shall be filed in a timely manner.  Submit monthly financial reports to the supervising probation officer.

8.     Cooperate with the Child Support Enforcement Unit in payment of any child support or arrears and make regular payments at the direction of the supervising probation officer.

9.     Cooperate with the Internal Revenue Service and submit all delinquent tax returns and pay all back taxes and interest at the direction of the supervising probation officer.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

1.     On 11/26/07, 5/12/08, 7/19/08, and 9/2/08, Mr. Walker failed to report for random drug testing. On 9/12/07, 10/16/07, 3/3/08, and 6/3/08, Mr. Walker failed to attend scheduled substance abuse counseling sessions. All in violation of special condition No. 4.

2.     On 1/8/09, Mr. Walker admitted he used alcohol on 7/4/08 and 12/26/08, and that he had ben using alcohol almost every weekend, in violation of special condition No. 4.

3.     Mr. Walker has not filed federal and state income tax returns for 2003, 2004, and 2005. As a result, he has not provided copies of tax returns for those years to his probation officer. All in violation of special conditions Nos. 7 and 9.

4.     Mr. Walker did not submit monthly expense listing forms as required from April 2008 through December 2008, in violation of special condition No. 7.

5.     Mr. Walker has not made regular monthly child support payments, in violation of special condition No. 8.

6.     On 7/4/08 and 12/26/08, Mr. Walker had contact with law enforcement officers which he did not report to his probation officer within seventy-two hours as required, in violation of standard condition No. 11.

7.     Mr. Walker did not report his 7/4/08 contact with Menomonee Falls Police on his monthly supervision report for July 2008, in violation of standard condition No. 2.

8.     On 9/10/08, Mr. Walker was convicted of Menomonee Falls Police Citation No. J569113-6 for Operating a Motor Vehicle While Intoxicated (OWI), First Offense, which occurred on 7/4/08, in violation of the general terms and conditions of supervised release.

9.  On 12/26/08, Mr. Walker received citations for Operating While Intoxicated, Second Offense, Parking Were Prohibited, Operating With PAC of .08 or More, and Operating After Revocation. These matters are currently pending in Milwaukee County Circuit Court Case No. 09-CT-000792. All in violation of the general terms and conditions of supervised release.

**PRAYING THAT THE COURT WILL ORDER Mr. Walker's conditions of release be modified to include Mr. Walker comply with the conditions of home confinement for a period not to exceed 30 consecutive days. During this time, he will remain at his place of residence except for employment and other activities approved in advance by the probation officer. If violations occur he could be placed in lock down status (restricted to his residence at all times) for one or more days with Court approval. He will maintain a telephone at his place of residence without "call forwarding," a modem, "caller ID," "call waiting," or portable cordless telephones for the above period. At the direction of his probation officer, he shall wear an EM device and follow EM procedures specified by the probation officer. He shall pay the cost of this program as directed by the probation officer. Additionally, Mr. Walker is to attend Alcoholics Anonymous (AA) meetings at the direction of his supervising probation officer, develop an AA support system, and secure an AA sponsor.**

ORDER OF COURT

Considered and ordered this ____ day of February, 2009 and ordered filed and made a part of the records in the above case.

_____
Lynn Adelman
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

_____
Joseph L. Madia, Jr.
U. S. Probation Officer

Place: Milwaukee, WI

Executed On: February 3, 2009